UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

NO. 3:21-CV-665-RGJ-RSE

**KARIM CODRINGTON**                                                           **PLAINTIFF**

v.

**JAY DOLAK,** *et al.*                                                          **DEFENDANTS**

*ELECTRONICALLY FILED*

**JOINT STATUS REPORT**

Come now the Plaintiff and Defendants, jointly, by their respective counsel, and pursuant to the Court's request for the filing of a joint status report, hereby provide the following information as to the case status:

1. The parties have provided their initial disclosures pursuant to FRCP 26(a). No additional discovery has been conducted at this time.

2. The parties work well together and are continuing to move the case forward.

                                                    Respectfully Submitted,

                                                    MIKE O'CONNELL
                                                    JEFFERSON COUNTY ATTORNEY

                                                    */s/ Susan K. Rivera*
                                                    Susan K. Rivera
                                                    Assistant Jefferson County Attorney
                                                    200 S. Fifth Street, Suite 300N
                                                    Louisville, Kentucky 40202
                                                    PHONE: (502) 574-3076
                                                    FAX: (502) 574-5573
                                                    EMAIL: susan.rivera@louisvilleky.gov
                                                    *COUNSEL FOR DEFENDANTS*

                                                    And

/s/ Shaun A. Wimberly, Sr. *by permission*
Shaun A. Wimberly, Sr.
Wimberly & Associates, PLLC
325 West Main Street
Suite 1816 Waterfront Plaza
Louisville, KY 40202
Email: shaun_wimberly@icloud.com
*COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

This is to certify that the undersigned filed the above on June 10, 2022 using the Court's CM/ECF system which will send copies to the counsel of record.

/s/ Susan K. Rivera
*Counsel for Defendants*