```
                UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF KENTUCKY
                     LOUISVILLE DIVISION




KARIM CODRINGTON           )
                           )
      PLAINTIFF            )
                           )
V.                         )  NO. 3:21-CV-00665-RGJ
                           )
OFFICER JAY DOLAK, ET AL.  )
                           )
      DEFENDANTS.          )
```

DEPONENT:     OFFICER TYLER BLISSETT

TAKEN:        OCTOBER 18, 2023

REPORTER:     FELEDRA F. MOORE-PHILLIPS

MIGLIORE & ASSOCIATES
COURT REPORTERS AND VIDEO SERVICES
3704 WOODED SPRINGS COURT
LOUISVILLE, KENTUCKY 40245
(502)241-7557   FAX: (502)241-7587
EMAIL: INFO@MIGLIOREASSOCIATES.COM

1  Q. And so, you-all first noticed this --
2 what did you-all notice? What kind -- what is it
3 that you-all noticed on the left?
4  A. The oddness of how his vehicle was
5 sitting at a gas pump.
6  Q. And describe to us how it was sitting.
7  A. When you pull into a gas pump, you
8 typically -- everybody goes parallel and -- to the
9 gas pump. You don't want to be in the middle
10 because then you're blocking two gas pumps, but you
11 also don't want to be short. Don't want to be too
12 far ahead because that doesn't make sense.
13   But he was on the very last gas pump, and he
14 was pulled forward of the gas pump, but the rear of
15 the car was canted out outwards, which was also
16 causing blockage for traffic to come through in
17 front of the store, because it's a busy -- I mean,
18 it's a busy Thorntons. People go in and out both
19 ways, but there's also a set of parking spots here.
20   So due to that -- that just -- that was not
21 normal. I don't pull into a gas pump that way, and
22 I don't believe you would pull into a gas pump that
23 way.
24  Q. Okay. So I heard you say last pump. He
25 was at the last pump?

1  recall -- I don't recall any -- I don't -- this
2  happened five years ago.  I don't remember.
3      Q.     That's okay.
4      A.     Ask me the question one more time,
5  please.
6      Q.     What did you observe -- what did you
7  observe once you -- what decided -- what made you
8  make the decision to engage Mr. Karim Codrington?
9      A.     It would have been numerous of things.
10 The stationing of the vehicle at that time of day
11 is -- could have been common for a DUI.  It could
12 have -- it's common for people to -- who loiter in
13 the parking lots to be passed out at the wheel.
14     We've had numerous times where people have been
15 passed out at the wheel, and that being a busy
16 pedestrian store, and vehicle -- I mean, busy with
17 vehicles as well, we thought that there could have
18 been -- like I said, it could have been a DUI,
19 someone under the influence.  It could have been
20 someone there selling illegal narcotics.  It could
21 have been somebody there who are buying narcotics.
22 It could have been someone there who is loitering
23 for prostitution.
24     It could have been someone in distress, someone
25 just having a healthcare issue.  There's numerous

```
 1       Q.      Anything in particular specifically gave
 2   you indication that Mr. Codrington was selling
 3   drugs?
 4       A.      Due to -- what time -- I'm -- ask the
 5   question one more time, please.
 6       Q.      Sure.  When you decide to engage
 7   Mr. Codrington, was there anything that gave you
 8   indication that selling drugs was occurring?
 9       A.      There was a potential for selling drugs
10   to have been occurring because of the time frame
11   that he was sitting there, the way the car was
12   stationed.
13       Q.      So you got the time frame and the way
14   the car was stationed gave you the indications --
15       A.      And it's a high drug activity location
16   area.
17       Q.      So you got high drug.
18       A.      High alcohol.
19       Q.      High drug, high alcohol, and the time of
20   day, and the way the car was stationed -- parked.
21   Is that it?
22       A.      And with the pedestrian traffic, I mean,
23   yeah.  Yes, sir.
24       Q.      Okay.  What indication gave you that
25   before you decide to engage and gave you the
```