```
 1              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF KENTUCKY
 2                   LOUISVILLE DIVISION

 3
    KARIM CODRINGTON,           )
 4                              )
                                )
 5        Plaintiff,            )
                                )
 6  V.                          ) Case No.
                                ) 3:21-CV-665-RGJ-RSE
 7  OFFICER JAY DOLAK, ET AL    )
                                )
 8        Defendants.           )

 9

10           DEPOSITION OF KARIM CODRINGTON

11


12  The deposition of KARIM CODRINGTON, taken
    before Lynn B. Kornick, Court Reporter and
13  Notary Public in and for the Commonwealth of
    Kentucky, taken on the 30th day of October,
14  2023, beginning at approximately 9:42 A.M.,
    at the Jefferson County Attorney's Office,
15  located at 200 South Fifth Street, Suite
    300N, Louisville, Kentucky.
16

17

18

19

20

21
             * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
22

23
             Lynn Kornick, Reporting & Video
24               11915 Brookmoor Drive
             Louisville, Kentucky  40243
25     502.500.7627     lynnkornick@msn.com
```

1      Q.   Was that in that same black bag with
2  the marijuana?
3      A.   No.  No.  I believe that was in the
4  bag that they found the cash in.
5      Q.   Okay.
6      A.   Or it might have been in the back
7  seat of my car.
8      Q.   Okay.
9      A.   Yeah.
10     Q.   So you say you roll tobacco with
11 that.  Is that something you can also roll
12 marijuana with?
13     A.   That's correct.
14     Q.   At some point after your criminal
15 charges were dismissed, you filed a motion
16 in the criminal case asking for more cash to
17 be returned.  Do you remember that?
18     A.   Yes.
19     Q.   So, in that motion, you said that it
20 was at least $50,000 cash.
21     A.   That's correct.
22     Q.   But that night and today you said it
23 was at least 10,000.
24     A.   I said it was over 10,000.
25     Q.   Over 10,000.  Okay.  Well, there's a

```
 1    big difference between 10,000 and 50,000.
 2         A.   Yes, that's correct.
 3         Q.   So how did you come to conclude that
 4    it was 50,000?
 5         A.   I come to conclude that it's 50,000
 6    because I knew how much money I withdrawed
 7    from the bank, and it's a big difference to
 8    30,000, and they said it was only 30,000.
 9    But I know it's more than that.
10         Q.   So you actually received 31,958 back
11    --
12         A.   That's correct.
13         Q.   -- is that correct?
14         A.   Yeah.
15         Q.   Did you look at bank records?  How
16    did you --
17         A.   Bank records, yeah.
18         Q.   Okay.
19         A.   That's correct.
20         Q.   And that's how you got to 50,000?
21         A.   That's correct.
22         Q.   So had you recently withdrawn
23    $50,000?
24         A.   You talking about at the time of my
25    arrest?
```

```
 1        Q.   Yes.
 2        A.   Yeah.  Yes, I -- mm-hmm.
 3        Q.   Okay.
 4        A.   I -- yeah.
 5        Q.   Why did you take so much cash out?
 6        A.   I was planning to move to
 7   Louisville.  The bank that I usually bank
 8   with in Radcliff, there was no branch in
 9   Louisville.
10             So I wanted to move that -- move the
11   money from that bank and put it in a new
12   bank when I -- when I got to Louisville.
13   When I found an apartment, settled in, I
14   wanted to deposit that money into a bank
15   account --
16        Q.   Okay.
17        A.   -- when I found the right bank that
18   I like.
19        Q.   Okay.
20        A.   In Louisville.
21        Q.   So did you just not want them to
22   know it was 50,000?  Why did you say 10,000?
23   I mean, I realize 50 is over 10,000 --
24        A.   Yeah.  I mean --
25        Q.   -- and you said over 10,000.
```

44

1   Did she show you the actual post or just
2   tell you that it --
3       A.   She showed me.  Yeah.
4       Q.   Did they use your name?
5       A.   On the post?
6       Q.   Right.
7       A.   No.  It did not.  I don't recall it
8   had my name on the post, no.
9       Q.   Do you know how she knew it was
10  related to you?
11      A.   Yes.  She saw -- everything on the
12  Facebook post -- it had my car in there, had
13  my bag in there, she saw.
14      Q.   She recognized it?
15      A.   Yeah, she recognized my car and my
16  bag.  She recog -- yeah.  We hanged out.
17  That was my close friend.  So she knows a
18  lot about me, so.
19      Q.   So the post had a picture of your
20  car as well?
21      A.   Yeah.  The post had a picture of my
22  car.  Mm-hmm.
23      Q.   Okay.
24      A.   With the -- with my bag on top of
25  the hood and the guns laid out.

1       Q.   Okay.
2       A.   The drugs that they found, yeah.
3       Q.   Is that all the information that she
4  has, just she saw that Facebook post?
5       A.   Yes.
6       Q.   All right.  So you also alleged in
7  the discovery responses, and I believe in
8  the complaint, that drugs were planted.
9       A.   That's correct.
10      Q.   Are you referring just to the meth?
11      A.   Not just the meth.  There was
12 another baggie of marijuana, a big baggie of
13 marijuana.  I don't know whose that baggie
14 of marijuana is, because I didn't have -- I
15 don't recall anything like that being in my
16 car.
17           I don't recall having no big bag of
18 marijuana in my bag.
19      Q.   Was that --
20      A.   I didn't ever recall seeing that
21 prior.
22      Q.   How much marijuana was in the car?
23      A.   There was a picture, the picture.
24 The little -- I recognized the little
25 baggie.  It was like a square.  It looked

```
 1    like a square, like a Ziploc, little square
 2    baggie.  I remember that.
 3              That big baggie of marijuana, I
 4    can't -- I don't remember seeing that
 5    before.
 6         Q.   Is it possible that it was there and
 7    you weren't aware, if it wasn't yours?
 8         A.   That's not possible.
 9         Q.   Okay.  You said it was your
10    girlfriend's marijuana.
11         A.   Right.
12         Q.   It's not possible --
13         A.   She don't --
14         Q.   -- that she had more --
15         A.   No.
16         Q.   -- than you were aware?
17         A.   No.  I don't -- no.
18         Q.   Did you ever see that before the
19    picture?
20         A.   The big bag of marijuana?
21         Q.   Right.
22         A.   No.
23         Q.   Do you know how much you actually
24    did have in the car?
25         A.   You talking about that night?
```

```
 1         Q.    Yes.
 2         A.    No.
 3         Q.    And do you know how much you were
 4   charged with having in the car?
 5         A.    No.  I know I was charged, I mean,
 6   on the -- I believe they said an ounce.
 7         Q.    An ounce?
 8         A.    Yeah.  They said -- yeah, didn't
 9   find more than an ounce.
10         Q.    What do you -- other than you hadn't
11   seen that bag that was in the picture, what
12   facts do you have to say that it was
13   planted?
14         A.    What fact did I have to say it was
15   planted?
16         Q.    Right.  What are you basing that
17   allegation on?
18         A.    I'm basing that on the photo that
19   they had.  They had a gun that wasn't mine.
20   They had a bag of meth that wasn't mine.
21   Now, I'm looking at that marijuana, I know
22   that ain't mine.  That's what I'm basing it
23   out of.
24         Q.    Okay.
25         A.    The fact that they had the -- had a
```