UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KARIM CODRINGTON                                                    Plaintiff

v.                                                         Civil Action No. 3:21-cv-665-RGJ

OFFICER JAY DOLAK, *et al.*                                 Defendants

\* \* \* \* \*

# JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, and pursuant to Federal Rule of Civil Procedure 56 and 58, it is **ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor Defendants Jay Dolak, Tyler Blissett, John Kirk, Steve Conrad, and Louisville-Jefferson County Metro Government consistent with the Court's Memorandum Opinion and Order entered this same date. This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(2) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

*Rebecca Grady Jennings, District Judge*
*United States District Court*

April 26, 2024

1