**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**NO. 3:21-CV-00665**

**KARIM CODRINGTON,**                                                   **PLAINTIFF,**

**v.**

**OFFICER JAY DOLAK,** *et al.*,                                    **DEFENDANTS.**

**PLAINTIFF'S REPLY TO DEFENDANTS RESPONSE TO HIS**
**MOTION TO RECONSIDER THE COURT'S MEMORANDUM OPINION AND ORDER**
**DATED APRIL 26, 2024 (DN 68 and 69)**

# Exhibit B

Thumb Drive Conventionally Filed

Page 1 of 1